STATE OF NEW JERSEY v. DARRYL G. JOHNSON.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. AUDREY BURFORD.

June 23, 1987.

Petition for certification denied.

STATE OF NEW JERSEY v. EMIL RUSCINGNO.

June 23, 1987.

Petition for certification denied.   (See 217 *N.J.Super.* 467)

STATE OF NEW JERSEY v. KEVIN MCNAMARA.

June 23, 1987.

Petition for certification denied.   (See 212 *N.J.Super.* 102)

STATE OF NEW JERSEY v. ISIAH NORMAN COLLINS.

June 23, 1987.

Petition for certification denied.